UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Tony Hollins<br>    LaTunya Hollins<br>          Debtor(s) | Case No. 15 B 25394 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2015.

2) The plan was confirmed on 09/16/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2016.

5) The case was Dismissed on 06/22/2016.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,862.50 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,862.50** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,645.74 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $146.76 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,792.50** |

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/r Concepts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Secured | 2,952.00 | 0.00 | 2,952.00 | 0.00 | 0.00 |
| Accounts Receivable Ma | Unsecured | 872.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,263.00 | 1,239.06 | 1,239.06 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 709.30 | 709.30 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,018.00 | 1,852.91 | 1,852.91 | 0.00 | 0.00 |
| America's Fi | Unsecured | 871.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 915.56 | 915.56 | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 719.00 | 2,579.20 | 2,579.20 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 7,386.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Captial One | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| City Colleges of Chicago | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,500.00 | 5,051.79 | 5,051.79 | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 38,490.00 | 39,086.18 | 39,086.18 | 0.00 | 0.00 |
| Diversified | Unsecured | 3,781.00 | NA | NA | 0.00 | 0.00 |
| Dupage County | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 59.00 | 59.02 | 59.02 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp | Unsecured | 7,396.00 | 7,396.50 | 7,396.50 | 0.00 | 0.00 |
| HZ CNAC Inc | Unsecured | 0.00 | 3,633.95 | 3,633.95 | 0.00 | 0.00 |
| HZ CNAC Inc | Unsecured | 0.00 | 2,999.25 | 2,999.25 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 1,442.00 | 1,442.75 | 1,442.75 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 5,706.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | 6,588.73 | 6,588.73 | 0.00 | 0.00 |
| JD Byrider | Unsecured | 5,250.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 278.00 | 1,481.33 | 1,481.33 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LaTonya Lockheart | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 938.00 | 938.20 | 938.20 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | 1,018.18 | 1,018.18 | 0.00 | 0.00 |
| Midstate Collection So | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Ncc Business Svcs Inc | Unsecured | 7,386.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 0.00 | 202.00 | 202.00 | 0.00 | 0.00 |
| PLS | Secured | 1,700.00 | 0.00 | 1,700.00 | 0.00 | 0.00 |
| Porania LLC | Unsecured | 0.00 | 1,101.71 | 1,101.71 | 0.00 | 0.00 |
| Rs Clark Asc | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Tsi/980 | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| United Auto Credit | Unsecured | NA | 151.83 | 151.83 | 0.00 | 0.00 |
| United Auto Credit | Secured | 6,941.00 | 6,941.00 | 6,941.00 | 70.00 | 0.00 |
| United States Dept Of Education | Unsecured | 245.00 | 247.71 | 247.71 | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 4,508.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,641.00 | $70.00 | $0.00 |
| All Other Secured | $2,952.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,593.00** | **$70.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $6,588.73 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$6,588.73** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$72,106.43** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,792.50 |
| Disbursements to Creditors | $70.00 |
| **TOTAL DISBURSEMENTS** : | **$3,862.50** |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/29/2016          By: /s/ Marilyn O. Marshall
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**